# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

In re: SCHOLTZ, EMILEE NACOLE § Case No. 11-21109
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GARY A. BARNEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $14,670.00   Assets Exempt: $925.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,578.18   Claims Discharged
Without Payment: $209,055.16

Total Expenses of Administration: $1,200.05

3) Total gross receipts of $ 3,778.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,778.23 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $15,739.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,200.05 | 1,200.05 | 1,200.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 278,077.35 | 139,384.34 | 139,284.34 | 2,578.18 |
| **TOTAL DISBURSEMENTS** | $293,816.35 | $140,584.39 | $140,484.39 | $3,778.23 |

    4) This case was originally filed under Chapter 7 on October 06, 2011. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/22/2013          By: /s/GARY A. BARNEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB | 1129-000 | 319.99 |
| STOCK AND INTERESTS IN INCORPORATED AND UNINCORP | 1129-000 | 2,500.00 |
| NON EXEMPT WAGES | 1229-000 | 71.42 |
| 2011 TAX REFUND | 1224-000 | 886.82 |
| **TOTAL GROSS RECEIPTS** | | **$3,778.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit Address Not Available | 4110-000 | 15,739.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$15,739.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY A. BARNEY | 2100-000 | N/A | 944.56 | 944.56 | 944.56 |
| GARY A. BARNEY | 2200-000 | N/A | 180.49 | 180.49 | 180.49 |

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,200.05 | $1,200.05 | $1,200.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 140.00 | 72.67 | 72.67 | 1.35 |
| 2 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 20,592.68 | 20,592.68 | 381.17 |
| 3 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 100.00 | 100.00 | 1.85 |
| 4 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 156.00 | 156.00 | 2.89 |
| 5 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 1,369.75 | 1,369.75 | 25.35 |
| 6 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 16,046.75 | 16,046.75 | 297.03 |
| 7 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 247.93 | 247.93 | 4.59 |
| 8 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 2,305.02 | 2,305.02 | 42.67 |
| 9 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | 200,000.00 | 55,448.63 | 55,448.63 | 1,026.36 |
| 10 | MOUNTAIN VIEW REG. HOSPITAL | 7100-000 | N/A | 25,137.85 | 25,137.85 | 465.31 |
| 11 | SALLIE MAE INC, ON BEHALF OF THE | 7100-000 | 2,500.00 | 4,417.54 | 4,417.54 | 81.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | N/A | 1,078.94 | 1,078.94 | 19.97 |
| 13 | BRUCE HANSEN | 7100-000 | 3,088.35 | 2,904.00 | 2,904.00 | 53.75 |
| 14 | ROCKY MOUNTAIN RECOVERY | 7100-000 | unknown | 9,306.58 | 9,306.58 | 172.27 |
| 15 | PDC-EASTRIDGE MALL L.L.C. | 7100-000 | N/A | 100.00 | 100.00 | 1.85 |
| 16 | PDC-EASTRIDGE MALL L.L.C. | 7100-000 | N/A | 100.00 | 0.00 | 0.00 |
| NOTFILED | Macys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 701.00 | N/A | N/A | 0.00 |
| NOTFILED | Hilltop National Bank | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dakine | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Specialized Collection Systems Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Ed/sallie Mae | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Accelerated Receivables Solutions | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fox Head Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CollectionCenter Wyoming, INC. Gerald Russell, | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Collection Law Center, PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rocky Mountain Recovery | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Phillip Bott, Attorney At Law | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 2,655.00 | N/A | N/A | 0.00 |
| NOTFILED | Warren Birch Md | 7100-000 | 5,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Allianceone Receivables Management Llc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Victorias Secret | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakley Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rocky Edmonds | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Physiom Associates Prof. LLC | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Business Revenue Systems Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sledneck, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillip Bott, Attorney At Law | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Wyoming Pathologists P.C. | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Barry Jones Registered agent - N-D-Zine | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barry & Amanda Jones | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Colorado Imaging Assc. | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $278,077.35 | $139,384.34 | $139,284.34 | $2,578.18 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-21109  
**Case Name:** SCHOLTZ, EMILEE NACOLE  

**Period Ending:** 05/22/13  

**Trustee:** (670200)   GARY A. BARNEY  
**Filed (f) or Converted (c):** 10/06/11 (f)  
**§341(a) Meeting Date:** 11/18/11  
**Claims Bar Date:** 07/17/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   CASH ON HAND. Orig. Asset Memo: Orig. Description: Cash on hand; Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 2   HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO Orig. Asset Memo: Orig. Description: Bed; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 3   HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO Orig. Asset Memo: Orig. Description: Refrigerator; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 4   HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO Orig. Asset Memo: Orig. Description: T.V.; Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5   WEARING APPAREL. Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6   FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBB Orig. Asset Memo: Orig. Description: .308 Savage and other hobby equipment.; Imported from original petition Doc# 1 | 100.00 | 100.00 | | 319.99 | FA |
| 7   STOCK AND INTERESTS IN INCORPORATED AND UNINCORP Orig. Asset Memo: Orig. Description: Business Interest in Stock for: N-D-Zine LLC Casper, WY Desc Main OBA; Imported from original petition Doc# 1 | 200.00 | 2,500.00 | | 2,500.00 | FA |
| 8   AUTOMOBILES, TRUCKS, TRAILERS AND OTHER VEHICLES Orig. Asset Memo: Orig. Description: 2008 Toyata Camry Owes $15,739 Valued at $13,735; Imported from original petition Doc# 1 | 13,735.00 | 0.00 | | 0.00 | FA |
| 9   NON EXEMPT WAGES  (u) NON EXEMPT WAGES | 0.00 | 71.42 | | 71.42 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-21109  
**Case Name:** SCHOLTZ, EMILEE NACOLE  

**Period Ending:** 05/22/13

**Trustee:** (670200) GARY A. BARNEY  
**Filed (f) or Converted (c):** 10/06/11 (f)  
**§341(a) Meeting Date:** 11/18/11  
**Claims Bar Date:** 07/17/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 10   2011 TAX REFUND  (u)<br>        TAX REFUND | 0.00 | 1,163.00 | | 886.82 | FA |
| **10   Assets   Totals** (Excluding unknown values) | **$14,970.00** | **$3,834.42** | | **$3,778.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   August 29, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-21109  
**Case Name:** SCHOLTZ, EMILEE NACOLE  
**Taxpayer ID #:** **-***8118  
**Period Ending:** 05/22/13  

**Trustee:** GARY A. BARNEY (670200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-66 - Checking Account  
**Blanket Bond:** $77,173,558.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/12 | | UNITED STATES TREASURY | 315105133724~2011 TAXES AND SUMS DUE ESTATE | | 1,163.00 | | 1,163.00 |
| | {10} | | TAX REFUND   886.82 | 1224-000 | | | 1,163.00 |
| | {9} | | NON EXEMPT WAGES   71.42 | 1229-000 | | | 1,163.00 |
| | {6} | | FIREARMS   204.76 | 1129-000 | | | 1,163.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,138.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,113.00 |
| 07/02/12 | {6} | EMILEE SCHOLTZ | 14-451562791~SUMS DUE ESTATE | 1129-000 | 115.23 | | 1,228.23 |
| 07/09/12 | {7} | N-D ZINE | SUMS DUE ESTATE | 1129-000 | 2,500.00 | | 3,728.23 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,703.23 |
| 10/24/12 | 101 | SALLIE MAE INC, ON BEHALF OF THE | Dividend paid  1.85% on $4,417.54; Claim# 11; Filed: $4,417.54; Reference: | 7100-000 | | 81.77 | 3,621.46 |
| 10/24/12 | 102 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | Dividend paid  1.85% on $1,078.94; Claim# 12; Filed: $1,078.94; Reference: | 7100-000 | | 19.97 | 3,601.49 |
| 10/24/12 | 103 | BRUCE HANSEN | Dividend paid  1.85% on $2,904.00; Claim# 13; Filed: $2,904.00; Reference: | 7100-000 | | 53.75 | 3,547.74 |
| 10/24/12 | 104 | ROCKY MOUNTAIN RECOVERY | Dividend paid  1.85% on $9,306.58; Claim# 14; Filed: $9,306.58; Reference: | 7100-000 | | 172.27 | 3,375.47 |
| 10/24/12 | 105 | GARY A. BARNEY | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,125.05 | 2,250.42 |
| | | | Dividend paid 100.00%   944.56 on $944.56;  Claim# ; Filed: $944.56 | 2100-000 | | | 2,250.42 |
| | | | Dividend paid 100.00%   180.49 on $180.49;  Claim# ; Filed: $180.49 | 2200-000 | | | 2,250.42 |
| 10/24/12 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 3.20 | 2,247.22 |
| | | | Dividend paid  1.85% on   1.35 $72.67;  Claim# 1; Filed: $72.67 | 7100-000 | | | 2,247.22 |
| | | | Dividend paid  1.85% on   1.85 $100.00;  Claim# 15; Filed: $100.00 | 7100-000 | | | 2,247.22 |
| 10/24/12 | 107 | MOUNTAIN VIEW REG. HOSPITAL | Combined Check for Claims#2,3,4,5,6,7,8,9,10 | | | 2,247.22 | 0.00 |
| | | | Dividend paid  1.85% on   381.17 $20,592.68; Claim# 2; Filed: $20,592.68 | 7100-000 | | | 0.00 |

Subtotals :   $3,778.23   $3,778.23

{} Asset reference(s)   Printed: 05/22/2013 11:33 AM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-21109  
**Case Name:** SCHOLTZ, EMILEE NACOLE  

**Taxpayer ID #:** **-***8118  
**Period Ending:** 05/22/13

**Trustee:** GARY A. BARNEY (670200)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-66 - Checking Account  
**Blanket Bond:** $77,173,558.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 1.85% on  1.85<br>$100.00; Claim# 3;<br>Filed: $100.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  2.89<br>$156.00; Claim# 4;<br>Filed: $156.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  25.35<br>$1,369.75; Claim# 5;<br>Filed: $1,369.75 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  297.03<br>$16,046.75; Claim# 6;<br>Filed: $16,046.75 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  4.59<br>$247.93; Claim# 7;<br>Filed: $247.93 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  42.67<br>$2,305.02; Claim# 8;<br>Filed: $2,305.02 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  1,026.36<br>$55,448.63; Claim# 9;<br>Filed: $55,448.63 | 7100-000 | | | 0.00 |
| | | | Dividend paid 1.85% on  465.31<br>$25,137.85; Claim# 10;<br>Filed: $25,137.85 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 3,778.23 | 3,778.23 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,778.23 | 3,778.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,778.23 | $3,778.23 | |

{} Asset reference(s)

Printed: 05/22/2013 11:33 AM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 11-21109 | | **Trustee:** | GARY A. BARNEY (670200) |
| **Case Name:** | SCHOLTZ, EMILEE NACOLE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******03-66 - Checking Account |
| **Taxpayer ID #:** | **-***8118 | | **Blanket Bond:** | $77,173,558.00   (per case limit) |
| **Period Ending:** | 05/22/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :     3,778.23
———————
Net Estate :     $3,778.23

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******03-66** | 3,778.23 | 3,778.23 | 0.00 |
| | $3,778.23 | $3,778.23 | $0.00 |

{} Asset reference(s)                                                                                                      Printed: 05/22/2013 11:33 AM    V.13.13